FILED

AUG 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2   Name  SEMIEN        ANTHONY         M

3        (Last)              (First)              (Initial)

4   Prisoner Number  #K76979

5   Institutional Address  Pelican Bay State Prison, P.O. BOX 7500, Cresent City 95531

6   ==============================================================================

7                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA

8   ANTHONY MARUELL SEMIEN                    )

9   (Enter the full name of plaintiff in this action.)    )

                                                          CV 08      4084

10              vs.                           )        Case No.
                                              )        (To be provided by the Clerk of Court)
11   Correctional Officer John Gephart        )
                                              )        COMPLAINT UNDER THE
12   Correctional Officer C. Streeter         )        CIVIL RIGHTS ACT,
                                              )        Title 42 U.S.C § 1983      CW
13   _____          )
                                              )
14   _____          )        E-filing            (PR)
     (Enter the full name of the defendant(s) in this action)   )
15   _____          )

16   *[All questions on this complaint form must be answered in order for your action to proceed..]*

17   I.      Exhaustion of Administrative Remedies.

18          [**Note:** You must exhaust your administrative remedies before your claim can go

19          forward.  The court will dismiss any unexhausted claims.]

20          A.      Place of present confinement  Pelican Bay State Prison

21          B.      Is there a grievance procedure in this institution?

22                      YES (X)        NO ( )

23          C.      Did you present the facts in your complaint for review through the grievance

24                  procedure?

25                      YES (X)        NO ( )

26          D.      If your answer is YES, list the appeal number and the date and result of the

27                  appeal at each level of review.  If you did not pursue a certain level of appeal,

28                  explain why.

     COMPLAINT                          - 1 -

Appeal # PBSP-S-08-00001

1. Informal appeal UNDER California Code of Regulations of Title 15 of the Department of Corrections SECTION 3084.5 (3)(G) All staff misconduct complaints handled THIRD & second Le-vels.

2. First formal level (Same Criteria see 1 (INformal Level Above).

_____

3. Second formal level ON March 6th "2008" the appeal was reviewed and denied at the Warden (Institution Head Level) Robert Horel and subsequently then appeal-ed to the 3rd Level.

4. Third formal level ON JULY 21st "2008" the appeal was revi-ewed and denied by the Final Director's Level, there-fore completely exhausting Plaintiff's Administrative rem-edies.

E.    Is the last level to which you appealed the highest level of appeal available to

you?

YES (X)    NO ( )

F.    If you did not present your claim for review through the grievance procedure,

explain why. Plaintiff has exhausted All administrative remedies.

_____

_____

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs,

if any.

ANTHONY MARVELL SEMIEN #K76979

P.O. BOX 7500

Cresent City, CA. 95531-7500

B.    Write the full name of each defendant, his or her official position, and his or her

place of employment.

① Correctional Officer John Gephart Pelican Bay State Prison.

COMPLAINT                - 2 -

② Correctional Officer C. Streeter Pelican Bay State Prison.

_____

_____

_____

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON Friday December 14th "2007" I was handcuffed (with my hands behind my back) and told to exit my cell and I co-mplied with no resistance. My cell was being stripped and after I exited my cell I was placed against the wall fa-cing the wall. Officer Streeter was on my Left & Officer Gephart was on my right as they held me. I was inquiring on why my cell was being stripped to a sergent Frisk. As I was trying to address the sergent C.O. streeter told me to "shut up and face the wall". I then replied "I'm not even talk-ing to you I'm talking to the sgt. so you shut up". At this time C.O. streeter pushed me towards C.O. Gephart and C.O. Gephart pulled me down to the ground and I hit my face on the floor cutting my chin (2 inches) as this was uncalled for, because it was evil & sadistic.

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

My request is that the HONORABLE U.S. DISTRICT COURT File my claim (As the Northern District where this incident took place) gives the court jurisdiction to do such. I then r-

COMPLAINT                    - 3 -

1   request a jury trial on my claims and if judgement is
2   rendered in my favor I am requesting the Monetary
3   sum of $100,000 dollars for Emotion & Physical Injury, pain &
4   Suffering and Punitive Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __14th__ day of __AUGUST__, 20 __08__

_Anthony Maxwell Semien_
(Plaintiff's signature)

COMPLAINT                                    - 4 -

NAME: ANTHONY SEWIEN

CDC NO: K11279   HOUSING: A.S.U / Section B12

PELICAN BAY STATE PRISON
P.O. BOX 7
CRESCENT CITY, CA 95532

CONFIDENTIAL LEGAL MAIL

Per C.C.R. Title #15 Section #3141(c)#5

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City, CA 95532



UNITED STATES POSTAGE
MAILED FROM ZIP CODE 95531

RECEIVED

AUG 2 5 2008

UNITED STATES DISTRICT COURT for the Northern District

U.S. COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102-3483

8/19/08

C/o D. Harlow

"CONFIDENTIAL"

LEGAL MAIL