**E-filing**

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN )
                       )   CV 08    4084
            Plaintiff, )   CASE NO. _____
                       )                        CW
vs.                    )   PRISONER'S
JOHN Gephart = Correctional officer )   APPLICATION TO PROCEED
C. Streeter = Correctional officer )   IN FORMA PAUPERIS
                       )                        (PR)
            Defendant. )
_____)

I, ANTHONY MARVELL SEMIEN declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____ Net: ____N/A____

Employer: ____N/A____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  January 28th "2006" $8.00 gross of $320.00 week
5  $250.00 Net. After taxes I would recieve $1050 to $1100
6  per month as a Day Laborer.
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___ No X
10           self employment
11      b.   Income from stocks, bonds,                 Yes ___ No X
12           or royalties?
13      c.   Rent payments?                             Yes ___ No X
14      d.   Pensions, annuities, or                    Yes ___ No X
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___ No X
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.   Are you married?                               Yes ___ No X
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $_____N/A_____
28  4.   a.   List amount you contribute to your spouse's support:$ ___N/A___

     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

_____

5.    Do you own or are you buying a home?    Yes ____  No  X

Estimated Market Value: $ __N/A__  Amount of Mortgage: $ __N/A__

6.    Do you own an automobile?    Yes ____  No  X

Make __N/A__  Year __N/A__  Model __N/A__

Is it financed? Yes __N/A__  No __N/A__  If so, Total due: $ __N/A__

Monthly Payment: $ __N/A__

7.    Do you have a bank account? Yes ____  No  X  (Do not include account numbers.)

Name(s) and address(es) of bank: __N/A__

_____

Present balance(s): $ __N/A__

Do you own any cash? Yes ____  No  X  Amount: $ __N/A__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____  No  X

N/A

8.    What are your monthly expenses?

Rent: $ __N/A__  Utilities: __N/A__

Food: $ __N/A__  Clothing: __N/A__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

N/A

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8- -2008                              *Anthony Maxwell Senien* (signature)
DATE                                  SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Anthony Marvel Semien Jr.  K76979</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.       (20%= $0.00)

Dated: 8/11/08                                          _____
                                                        Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  8-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 11, 2008
```

ACCOUNT NUMBER  : K76979                          BED/CELL NUMBER: ASUB0000000012L
ACCOUNT NAME    : SEMIEN JR, ANTHONY MARVEL           ACCOUNT TYPE: I
PRIVILEGE GROUP: D

## TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 11/30/2007 | H116 | FEDERAL FILING FEE HOLD | 2375 INI | 3.00 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 3.00- |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] D. Kleppin
TRUST OFFICE