UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY M SEMIEN,

                Plaintiff,

  v.

JOHN GEPHART et al,

                Defendant.

_____/

Case Number: CV08-04084 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2010, I SERVED a true and correct copy(ies) of the Order Granting Defendants' Motion for Summary Judgment, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Marvell Semien K-76979
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7500

Dated: July 27, 2010

                        Richard W. Wieking, Clerk
                        By: Ronnie Hersler, Adm. Law Clerk